The People of the State of New York, - 
against
Gerratt J., Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Steven M. Statsinger, J.), rendered September 30, 2015, convicting him, upon a plea of guilty, of criminal mischief in the fourth degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Steven M. Statsinger, J.), rendered September 30, 2015, affirmed.
The accusatory instrument charging criminal mischief in the fourth degree (see Penal Law § 145.00[1]) was not jurisdictionally defective. The instrument alleges that during a domestic dispute inside his mother's apartment, defendant "hit one of the walls of the apartment with a closed fist, causing a hole to form in the wall" and that he did not have "permission or authority to damage and destroy the walls of the apartment." These allegations were sufficient for pleading purposes to establish that defendant "intentionally damage[d] property of another person" (Penal Law § 145.00[1]). Likewise, the instrument which contained allegations from the complainant mother that she wants defendant "out" of the apartment and "got him removed from the lease" supported the inference that complainant had an "ownership interest" (Penal Law § 145.13) in the property allegedly damaged (see People v Jones, 39 Misc 3d 135[A], 2013 NY Slip Op 50588[U][App Term, 1st Dept 2013], lv denied 21 NY3d 1005 [2013]; Donnino, Practice Commentaries, McKinney's Cons Laws of NY, Book 39, Penal Law § 145.00, at 187-189).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 23, 2019